**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NOAH-LAS VEGAS FOUNDATION CORPORATION, *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, NA., *et al.*,<br><br>    Defendants. | Case No.  2:11-cv-00692-GMN-GWF<br><br>**ORDER** |

  This matter is before the Court on Defendants Wells Fargo Bank, N.A., Wells Fargo Home Mortgage, Wachovia Mortgage FSB, World Saving Bank, HomEq Servicing Corporation, and American Servicing Company's Emergency Motion for Extension of Time to File Responsive Pleading (#66), filed July 7, 2011.  Pursuant to Fed. R. Civ. P. 6(b) and LR 6, extensions of time may be granted for good cause shown.  The amended complaint in this matter is over fifty pages and alleges wrongful conduct over a period of five years.  Defendants' request a 14-day extension of time in which to file an answer or other responsive pleading to the amended complaint.  The Court finds Defendants have shown good cause for an extension.

  In the motion, defense counsel notes the difficulty encountered in trying to contact Plaintiff's counsel, Ms. Joslyn LaMadrid.  There are several discrepancies in the contact information provided by Plaintiff's counsel in this matter.  The telephone numbers endorsed upon the amended complaint differ from the number listed in the signature block and none of the numbers listed in the amended complaint match the number currently on file with the court. The address endorsed upon the amended complaint differs from the address currently on file with the Court.  The same is true for counsel's email address.  None of the addresses match the address

currently on file with the State Bar of Nevada.  It is paramount to the efficient and fair prosecution of this case that the Court and all opposing parties have accurate contact information.  Accordingly,

**IT IS HEREBY ORDERED** that Defendants Wells Fargo Bank, N.A., Wells Fargo Home Mortgage, Wachovia Mortgage FSB, World Saving Bank, HomEq Servicing Corporation, and American Servicing Companys' Emergency Motion for Extension of Time to File Responsive Pleading (#66) is **granted**.  Defendants' answer or other responsive pleading is due on or before July 27, 2011.

**IT IS FURTHER ORDERED** that Plaintiffs' counsel, Ms. Joslyn LaMadrid, shall update her contact information with the Court on or before July 15, 2011.  Failure to do so may result in sanctions.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall mail a copy of this Order to the address presently on file for Plaintiffs' counsel.

DATED this 11th day of July, 2011.

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**