1
2
3
4
5                           **UNITED STATES DISTRICT COURT**
6                               **DISTRICT OF NEVADA**
7
8    NOAH-LAS VEGAS FOUNDATION          )
     CORPORATION, *et al.*,             )
9                                       )
                    Plaintiffs,         )      Case No.  2:11-cv-00692-GMN-GWF
10                                      )
     vs.                               )      **ORDER**
11                                      )
     WELLS FARGO BANK, NA., *et al.*,   )
12                                      )
                    Defendants.         )
13   _____)

14          This matter is before the Court on Defendant U.S. Bank, National Association's Emergency

15   Motion for Extension of Time to Respond to Complaint (#72), filed July 11, 2011.  Pursuant to

16   Fed. R. Civ. P. 6(b) and LR 6, extensions of time may be granted for good cause shown.  Defendant

17   U.S. Bank requests an extension of time until August 2, 2011 to respond to the first amended

18   complaint.  The amended complaint is over fifty pages long and was not served until June 21, 2011.

19   Consequently, the Court finds there is good cause for the requested extension. Accordingly,

20          **IT IS HEREBY ORDERED** that Defendant U.S. Bank, National Association's Emergency

21   Motion for Extension of Time to Respond to Complaint (#72) is **granted**.  Defendant's answer or

22   other responsive pleading is due on or before August 2, 2011.

23          DATED this 13th day of July, 2011.

24
25
26   **GEORGE FOLEY, JR.**
     **United States Magistrate Judge**
27
28