**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| NOAH-LAS VEGAS FOUNDATION CORPORATION, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Case No.  2:11-cv-00692-GMN-GWF |
| vs. | ) ) | **ORDER** |
| WELLS FARGO BANK, NA., *et al.*, | ) ) | |
| Defendants. | ) ) | |

This matter is before the Court on Defendant HomeEq Corporation's Emergency Motion for Extension of Time to File Responsive Pleading (#81), filed July 27, 2011.  Pursuant to Fed. R. Civ. P. 6(b) and LR 6, extensions of time may be granted for good cause shown.  The Court has reviewed the motion and finds that there is good cause for the requested twenty-day extension. The Court also finds that there is good cause for the request contained within Defendant's motion to strike its Errata Regarding Representation of HomeEq Servicing Corporation (#79).  Accordingly,

**IT IS HEREBY ORDERED** that Defendant HomeEq Corporation's Emergency Motion for Extension of Time to File Responsive Pleading (#81) is **granted**.  Defendants' answer or other responsive pleading is due on or before August 16, 2011.

**IT IS FURTHER ORDERED** that Defendant HomeEq's request to strike its Errata Regarding Representation of HomeEq Servicing Corporation (#79) is **granted**.

DATED this 1st day of August, 2011.

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**