Gary E. Schnitzer, Esq.
Nevada Bar No. 395
Melanie D. Morgan, Esq.
Nevada Bar No. 8215
Kravitz, Schnitzer, Sloane & Johnson, Chtd.
8985 Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Direct:  702 222-4149
Office:  702 362-6666
Fax:     702 362-2203
Email:  gschnitzer@kssattorneys.com
        mmorgan@kssattorneys.com
**Attorney for Litton Loan Servicing LP**

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

|  |  |
|---|---|
| NOAH-LAS VEGAS FOUNDATION CORPORATION, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a national banking association, et al.,<br><br>Defendants. | Case No. 2:11-cv-00692-GMN-(GWF)<br><br>**ORDER GRANTING MOTION TO DISMISS FILED BY DEFENDANT LITTON LOAN SERVICING LP** |

Defendant Litton Loan Servicing LP ("Litton") filed a Motion to Dismiss Plaintiffs' First Amended Complaint and Motion to Expunge Lis Pendens on July 7, 2011.  See Docket No. 69. Pursuant to Local Rule 7-2(b) of the United States District Court for the District of Nevada, Plaintiffs' Opposition was due on or before July 22, 2011.  Plaintiffs have not filed any response or opposition to Litton's Motion to Dismiss Plaintiffs' First Amended Complaint and Motion to Expunge Lis Pendens.  Pursuant to Local Rule 7-2(d), "[t]he failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion."

/ / /

/ / /

1    IT IS THEREFORE ORDERED that based on the Plaintiffs failure to file points and

2  authorities in opposition to Litton's Motion to Dismiss and the arguments set forth in Litton's

3  Motion to Dismiss, Litton's Motion to Dismiss is GRANTED and all claims asserted against

4  Litton in Plaintiffs' First Amended Complaint are hereby dismissed with prejudice.

5    IT IS FURTHER ORDERED that any notice of lis pendens or similar document affecting

6  the property located at 1623 Graystone Canyon Avenue, Las Vegas, Nevada 89123 (APN 177-26-

7  110-056) and recorded by Plaintiffs in the public records of Clark County, Nevada is hereby

8  expunged and shall have no further force or effect.

9    **IT IS SO ORDERED** this 31st day of August, 2011.

10

11  _____

Gloria M. Navarro
12  United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28