1   J. CHRISTOPHER JORGENSEN, ESQ.
State Bar No. 5382

2   MENG ZHONG, ESQ.
State Bar No. 8498

3   LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Ste. 600

4   Las Vegas, NV 89169
(702) 949-8200

5   (702) 949-8398/fax

6   *Attorneys for Defendants Wells Fargo Bank, N.A.,*

7   *Wells Fargo Home Mortgage, Wachovia Mortgage FSB,*
*World Savings Bank, America's Servicing Company and*

8   *EverHome Mortgage Corporation*

9             **UNITED STATES DISTRICT COURT**

10              **FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| 11   NOAH-LAS VEGAS FOUNDATION<br>CORPORATION, et al., | Case: 2:11-cv-00692-GMN-GWF |
| 12 | |
| 13               Plaintiffs, | |
| 14     vs. | |
| 15   WELLS FARGO BANK, N.A., a national<br>banking association; WELLS FARGO HOME | **ORDER CANCELING LIS PENDENS** |
| 16   MORTGAGE, a national banking association;<br>et al., | |
| 17               Defendants. | |

18

19        On August 25, 2011, this Court issued a minute order granting the Motion to Quash

20   Service filed on July 27, 2011 by Defendants Wells Fargo Bank, N.A., Wells Fargo Home

21   Mortgage, a division of Wells Fargo Bank, N.A., erroneously sued as Wells Fargo Home

22   Mortgage N.A., Wachovia Mortgage FSB, an entity having been merged into Wells Fargo Bank,

23   N.A., World Savings Bank, an entity having been merged into Wells Fargo Bank, N.A., and

24   America's Servicing Company, a d/b/a of Wells Fargo Home Mortgage.

25        The Court finds that Plaintiff Conception Bote recorded a Notice of Lis Pendens ('Lis

26   Pendens") in this action regarding the property located at 6684 Ironbound Bay Ave., Las Vegas,

27   NV 89139, APN 176-11-410-027. A copy of the Lis Pendens is attached hereto as Exhibit "A."

28

1    UPON CONSIDERATION of Defendants' request to cancel the Lis Pendens and the

2    Court's prior order, and good cause appearing therefore, the Court hereby grants Defendants their

3    requested relief and rules as follows:

4    1.    IT IS ORDERED, ADJUDGED, and DECREED that the Lis Pendens referenced

5    above and any other lis pendens recorded by Plaintiff is hereby cancelled, released, and expunged.

6    2.    This order has the same effect as an expungement of the original Lis Pendens and

7    any other lis pendens.

8    3.    IT IS FURTHER ORDERED, ADJUDGED and DECREED that Defendants

9    record a properly certified copy of this cancellation order in the real property records of Clark

10    County, Nevada within a reasonable amount of time from the date of this order's issue.

11

12    **IT IS SO ORDERED** this 27th day of October, 2011.

13

14    _____

15    Gloria M. Navarro
      United States District Judge

16

17

18    Submitted by:

19    LEWIS AND ROCA LLP

20    _____

21    J. CHRISTOPHER JORGENSEN, ESQ.
      MENG ZHONG, ESQ.

22    3993 Howard Hughes Pkwy., Ste. 600
      Las Vegas, NV 89169

23    *Attorneys for Defendants Wells Fargo Bank, N.A.,*
      *Wells Fargo Home Mortgage, Wachovia Mortgage FSB,*

24    *World Savings Bank, America's Servicing Company and*
      *EverHome Mortgage Corporation*

25

26

27

28

EXHIBIT "A"

# EXHIBIT "A"

Inst #: 201105240001977
Fees: $19.00
N/C Fee: $25.00
05/24/2011 09:45:46 AM
Receipt #: 786839
Requestor:
NOAH LAS VEGAS FOUNDATION
Recorded By: MGM   Pgs: 6
DEBBIE CONWAY
CLARK COUNTY RECORDER

## RECORDING COVER PAGE

*c*⑥

Must be typed or printed clearly in black ink only.

**APN#**  176-11-410-027

11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

## TITLE OF DOCUMENT   (DO NOT Abbreviate)

NOTICE OF LIS PENDENS

**Title of the Document on cover page must be EXACTLY as it appears on the first page of the document to be recorded.**

**Recording requested by:**

NOAH

**Return to:**

**Name**  NOAH

**Address**  1010 North Central Avenue Suite 312

**City/State/Zip**  Glendale, CA 91202

This page provides additional information required by NRS 111.312 Sections 1-2.

An additional recording fee of $1.00 will apply.

To print this document properly—do not use page scaling.

P:\Recorder\Forms 12_2010

JOSLYN J. LAMADRID, SBN 9093
Law Offices of LaMadrid & Associates
10655 Park Run Drive Suite 200
Las Vegas, NV 89144
Tel. 1 (888) 777-9489
Fax. 1 (888) 755-1416
E-mail: lawsuit@homeownersclassaction.org

# FEDERAL DISTRICT COURT

## DISTRICT OF NEVADA

CONCEPTION BOTE, a Married Worren

        Plaintiff,

    v.

WELLS FARGO BANK, N.A., a national
banking association; WELLS FARGO HOME
MORTGAGE, a national banking association;
WACHOVIA MORTGAGE FSB, a national
banking association; WORLD SAVINGS
BANK, a federal savings bank; JP MORGAN
CHASE BANK,N.A., a Delaware corporation, in
its own capacity and as an acquirer of certain
assets and liabilities of Washington Mutual
Bank; CHASE HOME FINANCE, LLC, a
Limited Liability Company; BANK OF
AMERICA CORPORATION, a Delaware
corporation; COUNTRYWIDE FINANCIAL
CORPORATION, a Delaware corporation, dba
BAC HOME LOANS SERVICING;
COUNTRYWIDE HOME LOANS, INC, a New
York corporation; CITIMORTGAGE, INC, a
New York corporation; EMC MORTGAGE , a
Delaware corporation; AMERICAN HOME
MORTGAGE SERVICING INC., a Delaware
corporation; INDYMAC MORTGAGE
SERVICES, unknown corporation; HOMEQ
SERVICING, a South Carolina corporation;
AMERICA'S SERVICING COMPANY, a Iowa
corporation; AURORA LOAN SERVICES, a
Delaware corporation; MIDLAND MORTGAGE

Case No.: 2:11-CV-00692-GMN-GWF

NOTICE OF LIS PENDENS

1

1  Co., a Oklahoma corporation; EVERHOME
   MORTGAGE CORPORATION, a corporation;
2  US BANK, a corporation; OCWEN , a
   corporation, CHASE BANK, a corporation
3  and DOES 1 through 1000, inclusive,

4
            Defendants.
5

6

7

8          NOTICE IS HEREBY GIVEN that an action has been commenced and is pending in

9  the above-entitled court upon a Complaint of the above-named Plaintiff against the above-named

10 Defendants.  The complaint alleges a real property claim affecting real property located at: 6684

11 Ironbound Bay Ave, Las Vegas, NV 89139 County of Clark, State of Nevada

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        2

The legal description is attached as Exhibit "A"

The subject of plaintiff's action in the above-entitled action is injunctive relief, fraudulent concealment, intentional misrepresentation, invasion of constitutional rights to privacy, declaratory relief, unfair competition, and damages of the above-referenced property.

MAY 24, 2011

Respectfully Submitted:

LAW OFFICES OF LAMADRID & ASSOCIATES
JOSLYN J.LAMADRID

By: _____
Attorney for Plaintiffs

3

**EXHIBIT "A"**

Lot 141 in Block 1 of Final Map of Pinnacle Peaks - Torrey Pines Southwest, as shown by map thereof on file in Book 91 of Plats, Page 29, and Certificate of amendment thereto recorded October 27, 1999 in Book No. 991027 of Official Records, Clark County Nevada, as Document No. 01272 and amended by Certificate of Amendment recorded July 19, 2000 in Book 20000719 as Document No. 01039 and amended by Certificate of Amendment recorded August 21, 2000 in Book 20000821 as Document No. 00537.

In re   CONCEPTION L BOTE        Case No 2:11-cv-00692-GMN-GWF

# CERTIFICATE OF SERVICE

I, declare that I am a resident of or employed in the County of Los Angeles, State of California.  My address is 1010 N Central Ave, Suite 312, Glendale, CA 91202. I am over the age of eighteen years of age and am not a party to this case.

On May 24,2011, I served the Notice of Lispendens to the parties listed below, by placing true and correct copies thereof encloses in a sealed envelope by mail- postage prepaid in the United States Mail at addressed as follows:

OCWEN  FINANCIAL CORPORATION
1201 HAYS STREET
TALLAHASSEE, FL 32301

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on May 24,2011.


_____
Signature  Tiffany Nhan