ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
HEIDI PARRY STERN, ESQ.
Nevada Bar No. 8872
AKERMAN SENTERFITT LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:    (702) 634-5000
Facsimile:     (702) 380-8572
Email: ariel.stern@akerman.com
Email: heidi.stern@akerman.com

*Attorneys for Bank of America Corporation Countrywide Financial Corporation (erroneously sued as "Countrywide Financial Corporation, a Delaware corporation, dba BAC Home Loans Servicing"), and Countrywide Home Loans, Inc., a New York corporation.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NOAH-LAS VEGAS FOUNDATION CORPORATION, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> WELLS FARGO BANK, N.A., et al., <br><br> Defendants. | Case No.: 2:11-cv-00692-GMN-GWF <br><br> **ORDER** |

     Bank of America Corporation, Countrywide Financial Corporation, and Countrywide Home Loans, Inc. filed a motion to dismiss [Dkt. No. 88].  The court issued a minute order [Dkt. No. 99] granting the motion.  Having dismissed the action, the court finds good cause to order expungement of the lis pendens notices recorded by the plaintiffs.

     **THE COURT THEREFORE ORDERS** that the following notices of lis pendens are canceled, released and expunged:

     1.    The notice of lis pendens recorded by plaintiff JENNY LEE on March 25, 2011 as Instrument Number 20110325-0002840 in the Office of the Clark County Recorder.  This notice of lis pendens is drafted on a caption from a case pending in California.  Regardless of plaintiffs' intent

{22726416;2}

in recording this notice, the instrument recorded as Document Number 20110325-0002840 is expunged.

2. The notice of lis pendens recorded by plaintiff ALBERT CHANG on March 25, 2011 as 20110325-0002864 in the Office of the Clark County Recorder.

**THE COURT FURTHER ORDERS** the Clerk to enter a final judgment in favor of Bank of America Corporation, Countrywide Financial Corporation, and Countrywide Home Loans, Inc.

**IT IS SO ORDERED** this 13th day of December, 2011.

_____
Gloria M. Navarro
United States District Judge