J. CHRISTOPHER JORGENSEN, ESQ.
State Bar No. 5382
MENG ZHONG, ESQ.
State Bar No. 8498
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169
(702) 949-8200
(702) 949-8398/fax

*Attorneys for Defendants Wells Fargo Bank, N.A.,
Wells Fargo Home Mortgage, Wachovia Mortgage FSB,
World Savings Bank, America's Servicing Company and
EverHome Mortgage Corporation*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| NOAH-LAS VEGAS FOUNDATION CORPORATION, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a national banking association; WELLS FARGO HOME MORTGAGE, a national banking association; et al.,<br><br>Defendants. | Case: 2:11-cv-00692-GMN-GWF<br><br>**ORDER CANCELING LIS PENDENS** |

On August 25, 2011, this Court issued a minute order granting the Motion to Quash Service filed on July 27, 2011 by Defendants Wells Fargo Bank, N.A., Wells Fargo Home Mortgage, a division of Wells Fargo Bank, N.A., erroneously sued as Wells Fargo Home Mortgage N.A., Wachovia Mortgage FSB, an entity having been merged into Wells Fargo Bank, N.A., World Savings Bank, an entity having been merged into Wells Fargo Bank, N.A., and America's Servicing Company, a d/b/a of Wells Fargo Home Mortgage.

The Court finds that Plaintiffs Esnelia A. Barrion and Miguelito T. Barrion recorded a Notice of Lis Pendens ('Lis Pendens") in this action regarding the property located at 9841 Ridge Creek, Las Vegas, NV, APN 138-09-514-001(incorrect parcel no.), the correct parcel no. is 138-19-313-045. A copy of the Lis Pendens is attached hereto as Exhibit "A."

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

603732.1

UPON CONSIDERATION of Defendants' request to cancel the Lis Pendens and the Court's prior order, and good cause appearing therefore, the Court hereby grants Defendants their requested relief and rules as follows:

1. IT IS ORDERED, ADJUDGED, and DECREED that the Lis Pendens referenced above and any other lis pendens recorded by Plaintiff is hereby cancelled, released, and expunged.

2. This order has the same effect as an expungement of the original Lis Pendens and any other lis pendens.

3. IT IS FURTHER ORDERED, ADJUDGED and DECREED that Defendants record a properly certified copy of this cancellation order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this order's issue.

**IT IS SO ORDERED** this 13th day of December, 2011.

_____
Gloria M. Navarro
United States District Judge

Submitted by:

LEWIS AND ROCA LLP

J. CHRISTOPHER JORGENSEN, ESQ.
MENG ZHONG, ESQ.
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169
*Attorneys for Defendants Wells Fargo Bank, N.A.,*
*Wells Fargo Home Mortgage, Wachovia Mortgage FSB,*
*World Savings Bank, America's Servicing Company and*
*EverHome Mortgage Corporation*

EXHIBIT "A"

EXHIBIT "A"



Inst #: 201103250002841
Fees: $18.00
N/C Fee: $25.00
03/25/2011 02:43:58 PM
Receipt #: 718308
Requestor:
NOAH
Recorded By: AEA   Pgs: 5
DEBBIE CONWAY
CLARK COUNTY RECORDER

## RECORDING COVER PAGE

Must be typed or printed clearly in black ink only.

APN# ~~incorrect - 138-09-514-001~~  Correct - 138-19-313-045

11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

## TITLE OF DOCUMENT   (DO NOT Abbreviate)

NOTICE OF LIS PENDENS

Title of the Document on cover page must be EXACTLY as it appears on the first page of the document to be recorded.

**Recording requested by:**

NOAH

**Return to:**

Name NOAH

Address 1010 North Central Avenue Suite 312

City/State/Zip Glendale, CA 91202

This page provides additional information required by NRS 111.312 Sections 1-2.

An additional recording fee of $1.00 will apply.

To print this document properly—do not use page scaling.

P:\Recorder\Forms 12_2010

ROY CHESTER DICKSON, ESQ, SBN 105583
Law Offices of Dickson & Associates
2323 N. Tustin Avenue Suite I
Santa Ana, CA 92705
Tel. 1 (888) 777-9489
Fax. 1 (888) 503-2119

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF ORANGE

| | |
|---|---|
| ESNELIA A BARRION and MIGUELITO T BARRION, Wife and Husband as Joint Tenants,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a United States corporation; WACHOVIA FINANCIAL SERVICES, INC., a North Carolina corporation and Does 1 to 1000, inclusive,<br><br>Defendants. | Case No.:<br>30-2011-00446871-CU-OR-CXC<br><br>NOTICE OF LIS PENDENS |

NOTICE IS HEREBY GIVEN that an action has been commenced and is pending in the above-entitled court upon a Complaint of the above-named Plaintiff against the above-named Defendants. The complaint alleges a real property claim affecting real property located at 9841 Ridge Creek Place, Las Vegas, NV 89134, County of Clark, State of Nevada.

*Notice of Lis Pendens*

**EXHIBIT "A"**

Lot Ninety-One (91) in Block Six (6) of SIERRA RIDGE, as shown by map thereof on file in Book 64 of Plats, Page 36 in the Office of the County Recorder of Clark County, Nevada.

1  The legal description is attached as Exhibit A.

3  The subject of plaintiff's action in the above-entitled action is injunctive relief, fraudulent concealment, intentional misrepresentation, invasion of constitutional rights to privacy, declaratory relief, unfair competition, and damages of the above-referenced property.

9  FEBRUARY 14, 2011

_____
ROY CHESTER DICKSON, ESQ
Attorney for Plaintiff

In re __ESNELIA A BARRION ,MIGUELITO T BARRION__ ,Case No 30-2011-00446871-CU-OR-CXC

# CERTIFICATE OF SERVICE

I, declare that I am a resident of or employed in the County of Los Angeles, State of California. My address is 1010 N Central Ave, Suite 312, Glendale, CA 91202. I am over the age of eighteen years of age and am not a party to this case.

On __Mar    ,2011__, I served the Notice of Lispendens to the parties listed below, by placing true and correct copies thereof encloses in a sealed envelope by mail- postage prepaid in the United States Mail at addressed as follows:

WELLS FARGO HOME MORTGAGE,INC
1 HOME CAMPUS
DES MOINES, IA 50328

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on __Mar    ,2011.__

_Tiffany Nhan_
Signature
TIFFANY NHAN