Kent F. Larsen, Esq.
Nevada Bar No. 3463
Katie M. Weber, Esq.
Nevada Bar No. 11736
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel:   (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
           kw@slwlaw.com
Attorneys for Defendants JPMorgan Chase Bank, N.A.,
for itself and as successor by merger to Chase Home Finance LLC,
and as acquirer of certain assets and liabilities of Washington
Mutual Bank from the Federal Deposit Insurance Corporation,
acting as receiver, and EMC Mortgage LLC, incorrectly sued as EMC Mortgage

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NOAH-LAS VEGAS FOUNDATION CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO BANK, N.A., et al., <br><br> Defendants. | Case No. 2:11-cv-00692-GMN-GWF <br><br> **ORDER EXPUNGING LIS PENDENS** |

The Court, having considered the Motion to Expunge *Lis Pendens* filed with the Court by JPMorgan Chase Bank, N.A., for itself and as successor by merger to Chase Home Finance LLC, and as acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation, acting as receiver ("Chase"), and EMC Mortgage LLC, incorrectly sued as EMC Mortgage ("EMC"), and good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

(i) The *lis pendens* filed by various Plaintiffs listed below, are hereby expunged and fully discharged and have no further force and effect for any purpose; and,

(ii) The subject properties listed below are fully exonerated from the below-referenced *lis pendens*.

1

915899.1

| NAME | ADDRESS AND APN | DOCKET NUMBER | INSTRUMENT NUMBER | DATE RECORDED |
|---|---|---|---|---|
| Nenita D. Glover | 1009 Mosskag Ct., North Las Vegas, NV 89032; APN 129-09-517-017 | 7 | 201105240001978 | 5/24/11 |
| Rosslee T. Resulta | 3703 Perugia Ct., Las Vegas, NV 89141; APN 177-32-212-062 | 9 | 201105240001980 | 5/24/11 |
| Angelito and Gertrudes Beltran | 7962 Traditional Ct., Las Vegas, NV 89113; APN 163-33-512-020 | 33 | 201103250002838 | 3/25/11 |
| Kun Xiong Chen | 2312 Scissortail Court, North Las Vegas, NV 89084; APN 176-10-215-039 | 37 | 201103250002845; 201103250002863 | 3/25/11; 3/25/11 |
| Ramil D. Manzano | 2944 Via Meridiana, Henderson, NV 89052; APN 177-36-412-044 | 47 | 201103250002852 | 3/25/11 |
| Quy Nguyen and Thouc Nguon-Nguyen | 5749 Royal Sands St., Las Vegas, NV 89031; APN 124-27-411-012 | 50 | 201103250002855 | 3/25/11 |
| Zenaida B. and Manuel M. Paris | 8721 Tala St., Las Vegas, NV 89131; APN 125-12-111-073 | 53 | 201103250002844 | 3/25/11 |
| Eva Tario | 4603 Hearts Denise Ave., Las Vegas, NV 89115; APN 140-08-115-081 | 54 | 201103250002843 | 3/25/11 |

## ORDER

**IT IS SO ORDERED** this 1st day of June, 2012.

_____
Gloria M. Navarro
United States District Judge

915899.1