ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
HEIDI PARRY STERN, ESQ.
Nevada Bar No. 8872
CHRISTINA S. BHIRUD, ESQ.
Nevada Bar No. 11462
AKERMAN SENTERFITT LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
Email: ariel.stern@akerman.com
Email: heidi.stern@akerman.com
Email: christina.bhirud@akerman.com

*Attorneys for Bank of America Corporation Countrywide Financial Corporation (erroneously sued as "Countrywide Financial Corporation, a Delaware corporation, dba BAC Home Loans Servicing"), and Countrywide Home Loans, Inc., a New York corporation.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NOAH-LAS VEGAS FOUNDATION CORPORATION, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> WELLS FARGO BANK, N.A., et al., <br><br> Defendants. | Case No.:  2:11-cv-00692-GMN-GWF <br><br> **ORDER** |

Bank of America Corporation, Countrywide Financial Corporation, and Countrywide Home Loans, Inc. (collectively **defendants**) filed a motion to dismiss [Dkt. No. 88]. The court issued a minute order [Dkt. No. 99] granting the motion. Having dismissed the action, the court finds good cause to order expungement of the lis pendens notices recorded by the plaintiffs.

**THE COURT THEREFORE ORDERS** that the following notice of lis pendens, a copy of which is attached hereto as Exhibit A,  is canceled, released and expunged:

{24316547;1}

1. The notice of lis pendens recorded by plaintiff MYRNA LORENZO on August 12, 2011, as Instrument Number 20110812-0001987, in the Office of the Clark County Recorder.

**THE COURT FURTHER ORDERS** the defendants to record a properly certified copy of this order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this order's issue.

**IT IS SO ORDERED** this 25th day of June, 2012.

_____
Gloria M. Navarro
United States District Judge

Submitted by:

AKERMAN SENTERFITT  LLP


*/s/ Christina S. Bhirud*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
HEIDI PARRY STERN, ESQ.
Nevada Bar No. 8872
CHRISTINA S. BHIRUD, ESQ.
Nevada Bar No. 11462
AKERMAN SENTERFITT LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Bank of America Corporation Countrywide Financial Corporation (erroneously sued as "Countrywide Financial Corporation, a Delaware corporation, dba BAC Home Loans Servicing"), and Countrywide Home Loans, Inc., a New York corporation.*

# Exhibit A

# Exhibit A



**RECORDING COVER PAGE**

Inst #: 201108120001987
Fees: $19.00
N/C Fee: $0.00
08/12/2011 02:00:46 PM
Receipt #: 877853
Requestor:
NOAH
Recorded By: OSA   Pgs: 6
**DEBBIE CONWAY**
**CLARK COUNTY RECORDER**

Must be typed or printed clearly in black ink only.

APN# 176-20-510-022

11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

**TITLE OF DOCUMENT** (DO NOT Abbreviate)

Notice of Lis Pendens
Property Address at 8988 Salvatore
Street, Las Vegas Nevada 89148

Title of the Document on cover page must be EXACTLY as it appears on the first page of the document to be recorded.

**Recording requested by:**

NOAH

**Return to:**

Name NOAH

Address 1010 North Central Avenue Ste. 312

City/State/Zip Glendale, CA. 91202

This page provides additional information required by NRS 111.312 Sections 1-2.

An additional recording fee of $1.00 will apply.

To print this document properly—do not use page scaling.

P:\Recorder\Forms 12_2010

# RECORDING COVER PAGE

Must be typed or printed clearly in black ink only.

**APN#** 176-20-510-022

11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

## TITLE OF DOCUMENT   (DO NOT Abbreviate)

NOTICE OF LIS PENDENS

Title of the Document on cover page must be EXACTLY as it appears on the first page of the document to be recorded.

**Recording requested by:**

NOAH

**Return to:**

**Name** NOAH

**Address** 1010 North Central Avenue Suite 312

**City/State/Zip** Glendale, CA 91202

This page provides additional information required by NRS 111.312 Sections 1-2.

An additional recording fee of $1.00 will apply.

To print this document properly—do not use page scaling.

P:\Recorder\Forms 12_2010

JOSLYN J. LAMADRID, SBN 9093
Law Offices of LaMadrid & Associates
10655 Park Run Drive Suite 200
Las Vegas, NV 89144
Tel. 1 (888) 777-9489
Fax. 1 (888) 755-1416
E-mail: lawsuit@homeownersclassaction.org

# FEDERAL DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MYRNA LORENZO, a Married Woman as Her Sole and Separate Property<br><br>Plaintiff,<br><br>v.<br>WELLS FARGO BANK, N.A., a national banking association; WELLS FARGO HOME MORTGAGE, a national banking association; WACHOVIA MORTGAGE FSB, a national banking association; WORLD SAVINGS BANK, a federal savings bank; JP MORGAN CHASE BANK,N.A., a Delaware corporation, in its own capacity and as an acquirer of certain assets and liabilities of Washington Mutual Bank; CHASE HOME FINANCE, LLC, a Limited Liability Company; BANK OF AMERICA CORPORATION, a Delaware corporation; COUNTRYWIDE FINANCIAL CORPORATION, a Delaware corporation, dba BAC HOME LOANS SERVICING; COUNTRYWIDE HOME LOANS, INC. a New York corporation; CITIMORTGAGE, INC. a New York corporation; EMC MORTGAGE , a Delaware corporation; AMERICAN HOME MORTGAGE SERVICING INC., a Delaware corporation; INDYMAC MORTGAGE SERVICES, unknown corporation; HOMEQ SERVICING, a South Carolina corporation; AMERICA'S SERVICING COMPANY, a Iowa corporation; AURORA LOAN SERVICES, a Delaware corporation; MIDLAND MORTGAGE | Case No.: 2:11-CV-00692-GMN-GWF<br><br>NOTICE OF LIS PENDENS |

1

1  Co., a Oklahoma corporation; EVERHOME MORTGAGE CORPORATION, a corporation;
2  US BANK, a corporation; OCWEN , a
3  corporation, CHASE BANK, a corporation; PNC MORTGAGE, LITTON LOAN SERVICING, a
4  corporation and DOES 1 through 1000, inclusive,

5  Defendants.

9  NOTICE IS HEREBY GIVEN that an action has been commenced and is pending in
10  the above-entitled court upon a Complaint of the above-named Plaintiff against the above-named
11  Defendants. The complaint alleges a real property claim affecting real property located at: 8988
12  Salvatorre Road , Las Vegas, NV 89148 County of Clark, State of Nevada

```
1  JOSLYN J. LAMADRID, SBN 9093
   Law Offices of LaMadrid & Associates
2  10655 Park Run Drive Suite 200
   Las Vegas, NV 89144
3  Tel. 1 (888) 777-9489
4  Fax. 1 (888) 755-1416
   E-mail: lawsuit@homeownersclassaction.org
5
6
7              FEDERAL DISTRICT COURT
8              DISTRICT OF NEVADA
9
10 MYRNA LORENZO, a Married Woman as Her      Case No.: 2:11-CV-00692-GMN-GWF
   Sole and Separate Property
11
               Plaintiff,
12
                                              NOTICE OF LIS PENDENS
13 v.
   WELLS FARGO BANK, N.A., a national
14 banking association; WELLS FARGO HOME
   MORTGAGE, a national banking association;
15 WACHOVIA MORTGAGE FSB, a national
   banking association; WORLD SAVINGS
16 BANK, a federal savings bank; JP MORGAN
17 CHASE BANK, N.A., a Delaware corporation, in
   its own capacity and as an acquirer of certain
18 assets and liabilities of Washington Mutual
   Bank; CHASE HOME FINANCE, LLC, a
19 Limited Liability Company; BANK OF
20 AMERICA CORPORATION, a Delaware
   corporation; COUNTRYWIDE FINANCIAL
21 CORPORATION, a Delaware corporation, dba
   BAC HOME LOANS SERVICING;
22 COUNTRYWIDE HOME LOANS, INC, a New
23 York corporation; CITIMORTGAGE, INC, a
   New York corporation; EMC MORTGAGE, a
24 Delaware corporation; AMERICAN HOME
   MORTGAGE SERVICING INC., a Delaware
25 corporation; INDYMAC MORTGAGE
   SERVICES, unknown corporation; HOMEQ
26 SERVICING, a South Carolina corporation;
   AMERICA'S SERVICING COMPANY, a Iowa
27 corporation; AURORA LOAN SERVICES, a
28 Delaware corporation; MIDLAND MORTGAGE
```

1

1  Co., a Oklahoma corporation; EVERHOME
2  MORTGAGE CORPORATION, a corporation;
   US BANK, a corporation; OCWEN, a
3  corporation, CHASE BANK, a corporation; PNC
   MORTGAGE, LITTON LOAN SERVICING, a
4  corporation and DOES 1 through 1000, inclusive,

5              Defendants.

NOTICE IS HEREBY GIVEN that an action has been commenced and is pending in the above-entitled court upon a Complaint of the above-named Plaintiff against the above-named Defendants. The complaint alleges a real property claim affecting real property located at: 8988 Salvatorre Road, Las Vegas, NV 89148 County of Clark, State of Nevada