J. CHRISTOPHER JORGENSEN, ESQ.
State Bar No. 5382
MENG ZHONG, ESQ.
State Bar No. 8498
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV  89169
(702) 949-8200
(702) 949-8398/fax

*Attorneys for Defendants Wells Fargo Bank, N.A.,*
*Wells Fargo Home Mortgage, Wachovia Mortgage FSB,*
*World Savings Bank, America's Servicing Company and*
*EverHome Mortgage Corporation*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NOAH-LAS VEGAS FOUNDATION CORPORATION, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> WELLS FARGO BANK, N.A., a national banking association; WELLS FARGO HOME MORTGAGE, a national banking association; et al., <br><br> Defendants. | Case:  2:11-cv-00692-GMN-GWF <br><br><br> [PROPOSED] <br><br> ORDER CANCELING LIS PENDENS |

On August 25, 2011, this Court issued a minute order [Dkt. No. 99] granting the Motion to Quash Service filed on July 27, 2011 by Defendants Wells Fargo Bank, N.A., Wells Fargo Home Mortgage, a division of Wells Fargo Bank, N.A., erroneously sued as Wells Fargo Home Mortgage N.A., Wachovia Mortgage FSB, an entity having been merged into Wells Fargo Bank, N.A., World Savings Bank, an entity having been merged into Wells Fargo Bank, N.A., and America's Servicing Company, a d/b/a of Wells Fargo Home Mortgage.

The Court finds that Plaintiff Fe R. Hora recorded a Notice of Lis Pendens ('Lis Pendens") on May 25, 2011, in this action regarding the property located at 1536 Castle Crest Drive, Las Vegas, NV, APN 163-05-210-040.  A copy of the Lis Pendens is attached hereto as Exhibit "A."

UPON CONSIDERATION of Defendants' request to cancel the Lis Pendens and the Court's prior order, and good cause appearing therefore, the Court hereby grants Defendants their requested relief and rules as follows:

1. IT IS ORDERED, ADJUDGED, and DECREED that the Lis Pendens referenced above and any other lis pendens recorded by Plaintiff is hereby cancelled, released, and expunged.

2. This order has the same effect as an expungement of the original Lis Pendens and any other lis pendens.

3. IT IS FURTHER ORDERED, ADJUDGED and DECREED that Defendants record a properly certified copy of this cancellation order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this order's issue.

IT IS SO ORDERED.

By_____
UNITED STATES DISTRICT COURT JUDGE

DATED: _____

Submitted by:

LEWIS AND ROCA LLP

*/s/ signature*

J. CHRISTOPHER JORGENSEN, ESQ.
MENG ZHONG, ESQ.
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV  89169
*Attorneys for Defendants Wells Fargo Bank, N.A., Wells Fargo Home Mortgage, Wachovia Mortgage FSB, World Savings Bank, America's Servicing Company and EverHome Mortgage Corporation*

EXHIBIT "A"

# EXHIBIT "A"

Inst #: 201105240001979
Fees: $19.00
N/C Fee: $25.00
05/24/2011 09:45:46 AM
Receipt #: 786839
Requestor:
NOAH LAS VEGAS FOUNDATION
Recorded By: MGM Pgs: 6
DEBBIE CONWAY
CLARK COUNTY RECORDER

# RECORDING COVER PAGE

e(b)

Must be typed or printed clearly in black ink only.

APN# 163-05-210-040

11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

## TITLE OF DOCUMENT (DO NOT Abbreviate)

NOTICE OF LIS PENDENS

Title of the Document on cover page must be EXACTLY as it appears on the first page of the document to be recorded.

**Recording requested by:**

NOAH

**Return to:**

Name NOAH

Address 1010 North Central Avenue Suite 312

City/State/Zip Glendale, CA 91202

This page provides additional information required by NRS 111.312 Sections 1-2.

An additional recording fee of $1.00 will apply.

To print this document properly—do not use page scaling.

P:\Recorder\Forms 12_2010

1  JOSLYN J. LAMADRID, SBN 9093
   Law Offices of LaMadrid & Associates
2  10655 Park Run Drive Suite 200
   Las Vegas, NV 89144
3  Tel. 1 (888) 777-9489
4  Fax. 1 (888) 755-1416
   E-mail: lawsuit@homeownersclassaction.org

## FEDERAL DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FE R HORA and BENITO SAN JUAN<br>Plaintiff, | Case No.: 2:11-CV-00692-GMN-GWF |
| v. | NOTICE OF LIS PENDENS |
| WELLS FARGO BANK, N.A., a national banking association; WELLS FARGO HOME MORTGAGE, a national banking association; WACHOVIA MORTGAGE FSB, a national banking association; WORLD SAVINGS BANK, a federal savings bank; JP MORGAN CHASE BANK,N.A., a Delaware corporation, in its own capacity and as an acquirer of certain assets and liabilities of Washington Mutual Bank; CHASE HOME FINANCE, LLC, a Limited Liability Company; BANK OF AMERICA CORPORATION, a Delaware corporation; COUNTRYWIDE FINANCIAL CORPORATION, a Delaware corporation, dba BAC HOME LOANS SERVICING; COUNTRYWIDE HOME LOANS, INC, a New York corporation; CITIMORTGAGE, INC, a New York corporation; EMC MORTGAGE, a Delaware corporation; AMERICAN HOME MORTGAGE SERVICING INC., a Delaware corporation; INDYMAC MORTGAGE SERVICES, unknown corporation; HOMEQ SERVICING, a South Carolina corporation; AMERICA'S SERVICING COMPANY, a Iowa corporation; AURORA LOAN SERVICES, a Delaware corporation; MIDLAND MORTGAGE Co., a Oklahoma corporation; EVERHOME | |

1

1  MORTGAGE CORPORATION, a corporation;
   US BANK, a corporation; OCWEN , a
2  corporation, CHASE BANK, a corporation
   and DOES 1 through 1000, inclusive,
3
4              Defendants.
5
6
7       NOTICE IS HEREBY GIVEN that an action has been commenced and is pending in
8
   the above-entitled court upon a Complaint of the above-named Plaintiff against the above-named
9
10 Defendants.  The complaint alleges a real property claim affecting real property located at: 1536
11 Castle Crest Drive, Las Vegas Nevada 89117 County of Clark, State of Nevada
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The legal description is attached as Exhibit "A"

The subject of plaintiff's action in the above-entitled action is injunctive relief, fraudulent concealment, intentional misrepresentation, invasion of constitutional rights to privacy, declaratory relief, unfair competition, and damages of the above-referenced property.

MAY 24th, 2011

Respectfully Submitted:

**LAW OFFICES OF LAMADRID & ASSOCIATES**
JOSLYN J. LAMADRID

By: *[signature]*
Attorney for Plaintiffs

# "A"
## EXHIBIT "ONE"

Parcel One:

Lot 88 in Block 2 of Heritage Estates Unit 2, as shown by map thereof on file in Book 52 of Plats, Page 74 and Amended by a certain Certificate of Amendment recorded July 1, 1992 in Book 920701 as Instrument No. 00804 in the Office of the County Recorder of Clark County, Nevada.

Parcel Two:

Non-exclusive easement for access, ingress, egress, drainage, maintenance repairs and for use and enjoyment of common areas, and other purposes, all as described in the Master Declaration.

Assessor's Parcel No: 163-05-210-040

In re ___FE HORA, BENITO SAN JUAN_____Case No 2:11-cv-00692-GMN-GWF

# CERTIFICATE OF SERVICE

I, declare that I am a resident of or employed in the County of Los Angeles, State of California. My address is 1010 N Central Ave, Suite 312, Glendale, CA 91202. I am over the age of eighteen years of age and am not a party to this case.

On May 20,2011, I served the Notice of Lispendens to the parties listed below, by placing true and correct copies thereof encloses in a sealed envelope by mail- postage prepaid in the United States Mail at addressed as follows:

WELLS FARGO HOME MORTGAGE,INC
1 HOME CAMPUS
DES MOINES, IA 50328

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on May 21,2011.

_Tiffany Nhan_
Signature  Tiffany Nhan